FILED
April 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002532834

SETH L. HANSON (SBN 217027)
MAXWELL R. HUFFMAN (SBN 264687)
LAW OFFICE OF SETH L. HANSON
2200B DOUGLAS BLVD., SUITE 150
ROSEVILLE, CA 95661
(916) 780-7005
(916) 780-7118 FAX

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

–o0o–

IN RE:

    JEAN MARGARET KING

    Debtor.

CASE No. 10-28045
DC No.: MRH-1

Chapter 7

Date: May 24, 2010
Time 9:00 AM
Dept. A

**MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

Debtor Jean Margaret King, by and through her attorney of record, Maxwell R. Huffman, hereby moves the Court for an order compelling the Chapter 7 Trustee to abandon the Debtor's business, commonly known as Jean's Childcare ("Business"). The motion respectfully represents the following:

1. Bankruptcy Code Section 554(a) states that, on request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

2. It is counter to the interests of the bankruptcy estate to be burdened with the potential liability associated with the continued operation of the Business during the bankruptcy period. The Business and its operations are currently insured with American International Group, Inc in

- 1 -

the amount of $1,000,000.00.

3. As shown on Debtor's petition and schedules, including all amendments, the Business has no market value.

4. The conduct of the Business by the debtor merely provides Debtor with reasonable, modest income.

5. The relief requested would not impede creditors' rights and would enable the Chapter 7 Trustee to satisfy concerns of potential liability.

WHEREFORE, the Debtor respectfully requests that the Court order the Trustee to abandon the Property.

Dated: April 2, 2010                LAW OFFICE OF SETH L. HANSON

                                      /s/ Maxwell R. Huffman
                                      MAXWELL R. HUFFMAN
                                      Attorney for Debtor